UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CR499 HEA |
| ) | |
| DARBY LEE JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This matter is before the Court on Defendant's Motion for Immediate Re-Sentencing, [Doc. No. 27]. In that Defendant's release from the Bureau of Prisons is scheduled for this date, the Motion is denied as moot. The hearing on this matter which is set for March 20, 2008 is therefore cancelled.

Dated this 18th day of March, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE